No. 55449.—Philip Colleck et al. *v.* United States, protests 159199–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55450.—Buegeleisen & Jacobson, Inc., et al. *v.* United States, protests 165766–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55451.—Lun Fat Co. et al. *v.* United States, protests 149538–K, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.

No. 55452.—E. S. Ullman Allied Co., Inc. *v.* United States, protest 161946–K (New York).

Opinion by COLE, J.   The protest was dismissed.